then Solicitor General, *Assistant Attorney General Rice, Hilbert P. Zarky* and *Melva M. Graney* for respondent.

No. 146. LESLIE ET AL. *v.* HOUSTON NATURAL GAS CORP. Supreme Court of Texas. Certiorari denied. *Dan Moody* and *Fred W. Moore* for petitioners. *Leon Jaworski, John C. White* and *Milton K. Eckert* for respondent.

No. 147. NICHOLS ET AL. *v.* ALKER ET AL. C. A. 2d Cir. Certiorari denied. *Harold G. Aron* for petitioners. *Charles C. Lockwood* for Vanneck, *Percival E. Jackson,* pro se, and *David K. Kadane* for Barrett et al., respondents. With them on a brief in opposition to the petition was *Peter H. Kaminer.*

No. 98. PANHANDLE EASTERN PIPE LINE Co. *v.* CITY OF DETROIT ET AL.; and

No. 113. FEDERAL POWER COMMISSION *v.* CITY OF DETROIT ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Miller* and *Harry S. Littman* for petitioner in No. 98. *Willard W. Gatchell* and *C. Louis Knight* for petitioner in No. 113. *Charles S. Rhyne* and *Eugene F. Mullin, Jr.* for the City of Detroit, and *Harry A. Bowen* for Wayne County, respondents. Reported below: 97 U. S. App. D. C. 260, 230 F. 2d 810.

No. 108. SALTER ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY. Supreme Court of Colorado. Certiorari denied. *Wesley E. McDonald* for petitioners.

No. 135. S. C. JOHNSON & SON, INC., *v.* GOLD SEAL Co. ET AL. United States Court of Appeals for the Dis-